TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00237-CV

Progressive County Mutual Insurance Company, Appellant

v.

George Smith, Jr., Appellee

FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY

NO. 226,129, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING 

PER CURIAM

 The parties have filed a joint motion to dismiss the appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(A).

 The appeal is dismissed.

Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Appeal Dismissed on Joint Motion

Filed: August 28, 1997

Do Not Publish